IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CHRISTOPHER CLARK,<br><br>       Plaintiff,<br>v.<br><br>ERIC CHRISTIAN,<br><br>       Defendant. | Case No.: 3:23-cv-00114-AN<br><br><br>JUDGMENT |

      Pursuant to plaintiff Christopher Clark's Notice of Voluntary Dismissal, this case is DISMISSED without prejudice.

IT IS SO ORDERED.

DATED this 9th day of November, 2023.

_____
Adrienne Nelson
United States District Judge

1